1  Thomas A. Evans (SBN 202841)
   Email: tevans@reedsmith.com
2  REED SMITH LLP
   1999 Harrison Street
3  Suite 2400
   Oakland, CA 94612-3572
4  Telephone:  +1 510 763 2000
   Facsimile:   +1 510 273 8832
5
   Kirsten J. Daru (SBN 215346)
6  Email: kdaru@reedsmith.com
   REED SMITH LLP
7  Two Embarcadero Center, Suite 2000
   San Francisco, CA 94111-3922
8
   **Mailing Address:**
9  P.O. Box 7936
   San Francisco, CA 94120-7936
10
   Telephone:  +1 415 543 8700
11 Facsimile:   +1 415 391 8269

12 Attorneys for Plaintiff Modis, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODIS, INC., | Case No. CV 08 3958 |
| Plaintiff, | MODIS, INC.'S CORPORATE DISCLOSURE STATEMENT |
| vs. | [FED. R. CIV. P. 7.1(A)] |
| NOAH BRADACH, | |
| Defendant. | |

DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Modis, Inc., by and through its counsel of record Reed Smith LLP, hereby discloses as follows:

1.   Modis, Inc.'s parent corporation is MPS Group, Inc. MPS Group, Inc. is a publicly held Florida corporation, which has no parent corporation and no publicly held company holds more

than 10% of its stock.

2. Outside of MPS Group, Inc., no publicly held corporation owns 10% or more of Modis, Inc.'s stock.

DATED: August 19, 2008.

REED SMITH LLP

By _____
Thomas A. Evans
Kirsten J. Daru
Attorneys for Plaintiff Modis, Inc.