Thomas A. Evans (SBN 202841)
Email: tevans@reedsmith.com
REED SMITH LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572
Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Kirsten J. Daru (SBN 215346)
Email: kdaru@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Plaintiff Modis, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODIS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NOAH BRADACH, <br><br> Defendant. | Case No. CV 08 3958 <br><br> **MODIS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> [CIV. L.R. 3-16] |

**CERTIFICATION OF INTERESTED ENTITIES/PERSONS**

Pursuant to Civil L.R. 3-16, Plaintiff Modis, Inc. hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Noah Bradach;

2. Plaintiff Modis, Inc.; and

2. MPS Group, Inc, the corporate parent of plaintiff Modis, Inc.

DATED: August 19, 2008.

        REED SMITH LLP

        By *[signature]*
          Thomas A. Evans
          Kirsten J. Daru
          Attorneys for Plaintiff Modis, Inc.