ELI W. GOULD (SBN 124665)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone:   415-781-4400
Facsimile:     415-989-5143

Attorneys for Defendant
Noah Bradach

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MODIS, INC., | Case No. CV-08-3958 WHA |
|---|---|
| Plaintiff, | **FIRST STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| NOAH BRADACH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Modis, Inc. and defendant Noah Bradach, through their respective counsel, that, pursuant to Civil Local Rule 6.1 (a), Defendant may have to and including September 24, 2008 within which to answer or otherwise respond to the complaint in this matter.

MBV LAW LLP

Dated:  September 3, 2008.         By _____s/Eli W. Gould_____
                                                            Eli W. Gould
                                   Attorneys for Defendant Noah Bradach

REED SMITH LLP

Dated:  September 3, 2008.         By _____s/Thomas A. Evans_____
                                                         Thomas A. Evans
                                   Attorneys for Plaintiff Modis, Inc.

23500.70/397795.DOC                                    FIRST STIPULATION EXTENDING TIME
                                                       CV-08-3958 WHA