```
 1  Thomas A. Evans (SBN 202841)
    Email: tevans@reedsmith.com
 2  REED SMITH LLP
    1999 Harrison Street
 3  Suite 2400
    Oakland, CA 94612-3572
 4  Telephone:  +1 510 763 2000
    Facsimile:  +1 510 273 8832
 5
 6  Attorneys for Plaintiff Modis, Inc.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MODIS, INC., | Case No. 08-03958 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE MOTION FOR LEAVE TO AMEND COMPLAINT** |
| vs. | |
| NOAH BRADACH, | Hon. William H. Alsup |
| Defendant. | |

Whereas, Plaintiff Modis, Inc. ("Modis") filed a motion for leave to amend its complaint on December 18, 2009, which is currently set for hearing on January 29, 2009;

Whereas, defendant Noah Bradach ("Bradach") does not oppose the amendment and is willing to stipulate to leave to amend for the sake of judicial economy, without in any way admitting the allegations in the amended complaint;

Modis and Bradach hereby stipulate, pursuant to Rule 15(a)(2), that Modis may amend its complaint and file its First Amended Complaint in the form attached as Exhibit "A" to this stipulation, and that Bradach shall have twenty (20) days to respond to the amended complaint after filing.

REED SMITH LLP

Dated: January 22, 2009       By _____
                              Thomas A. Evans
                              Attorney for Modis, Inc.

— 1 —

Stipulation and [Proposed] Order Re Leave To Amend

| | |
|---|---|
| | MBV LAW LLP |
| Dated: January 20, 2009 | By _____<br>Eli W. Gould<br>Attorney for Noah Bradach |

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED, upon the consent of the parties pursuant to Rule 15(b)(2) of the Federal Rules of Civil Procedure, that Plaintiff Modis, Inc., shall file its First Amended Complaint no later than  January 30, 2009 , 2009.

DATED: January 23, 2009 .

*IT IS SO ORDERED*
*Judge William Alsup*

_____
Hon. William H. Alsup
United States District Court Judge