Thomas A. Evans (SBN 202841)
Email: tevans@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:     +1 510 763 2000
Facsimile:     +1 510 273 8832

Attorneys for Plaintiff
Modis, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODIS, INC, | No.: C 08-03958 WHA |
| Plaintiff, | CONSENT INJUNCTION |
| vs. | Honorable William H. Alsup |
| NOAH BRADACH and METHOD 360, INC. , | |
| Defendants. | |

This matter having come before the Court on Plaintiff Modis, Inc.'s and Defendant

Noah Bradach's Stipulated Motion For Entry Of Consent Injunction, and the Court finding good

cause existing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that an injunction be issued in favor of

Plaintiff Modis, Inc. ("Modis") and against Defendant Noah Bradach as follows:

1.     Through November 30, 2009, Defendant Bradach is restrained and enjoined from,

directly or indirectly, either on his own behalf or on behalf of another person, partnership, company,

corporation, or other entity, engaging or assisting others in, soliciting, contacting, calling upon, or

– 1 –

CONSENT INJUNCTION

otherwise communicating with, anyone employed in the Promotional Accounting group of

McKesson Corporation ("McKesson").

2.      Within ten (10) days after expiration of the time period above, Defendant Bradach

shall deliver to Modis a written affidavit or sworn declaration that as of the date of the affidavit or

declaration, he has not discussed IT staffing with anyone in McKesson's Promotional Accounting

group during the term of this injunction.

3.      Each party is to bear his or its own costs and attorney's fees incurred in this action.

Dated:_____June 25, 2009_____



IT IS SO ORDERED
AS MODIFIED
Judge William Alsup

_____
UNITED STATES DISTRICT COURT JUDGE

The Court hereby approves the parties' request for entry of consent injunction and
enters the instant consent injunction with the exception that the Court shall retain
jurisdiction over this matter for one year only.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –